# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF SOUTH CAROLINA
# FLORENCE DIVISION

| | |
|---|---|
| Margaret P. Edmunds, ) | |
| ) | Civil Action. No.: 4:13-cv-01073-JMC |
| Plaintiff, ) | |
| v. ) | **ORDER** |
| Carolyn W. Colvin, Acting Commissioner ) of the Social Security Administration, ) | |
| Defendant. ) | |

This matter is before the court upon motion of Plaintiff, through his attorney, Beatrice E. Whitten, for an award of attorney's fees under the Equal Access to Justice Act ("EAJA"), 28 U.S.C. § 2412. (ECF No. 31). Plaintiff's motion seeks reimbursement for his counsel's representation in the captioned matter in the amount of $4,228.82 in attorney's fees. Defendant's response to Plaintiff's motion (ECF No. 32) notifies the court that the parties, through counsel, have agreed to a reduced award of $3,819.63 in attorney fees.

The court has reviewed Plaintiff's counsel's fee petition and the signed fee agreement that was submitted with the petition, and finds the parties stipulated request for fees reasonable. Therefore, Plaintiff is entitled to an award of attorney's fees under the EAJA in the stipulated amount of $3,819.63. *See* 28 U.S.C. §§ 2412(c)(1) and 2414.

In accordance with *Astrue v. Ratliff*, 130 S. Ct. 2521, 2528-29 (2010), EAJA fees awarded by this court belong to the litigant, thus subjecting EAJA fees to offset under the Treasury Offset Program (31 U.S.C. § 3716(c)(3)(B) (2006)) and, therefore, the court directs that fees be payable to

Plaintiff and delivered to Plaintiff's counsel.

**IT IS SO ORDERED.**

United States District Judge

September 30, 2014
Columbia, South Carolina

2